IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

v.

ERNEST GOODMAN,

Defendant.

CASE NO. 5:25-cr-1-10

**ORDER**

On October 7, 2025, the Court conducted a Motions Hearing in this case to hear oral argument on Defendant's pretrial motions, including Defendant's Motions to Suppress Wiretap. Doc. 654. One of Defendant's arguments in his Motion is that his statements were not minimized as a result of the contested wiretaps. During the hearing, defense counsel stated that he had a list of statements to provide to the Court that he believes were not minimized. The Court gave the Defendant **seven days from the date of the hearing** to provide a list of statements that he believes were not minimized. The Government will have **seven days** to respond to Defendant's filing in writing.

The Court finds, as a matter of fact and law, the extension is not for the purpose of delay but in the furtherance of justice and to protect Defendant's right to a fair trial. The Court also finds the extension is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for the effective preparation of defense counsel to continue good-faith negotiations of a resolution to this case. Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding the ends of justice will be served by granting the continuance outweigh the best interests of the public and Defendants in a speedy trial, the Court grants this

additional time for the parties to continue plea negotiations. The period of delay resulting from this extension—October 7, 2025 through and including October 21, 2025—is excluded in computing the time within which the trial of this matter may commence.

**SO ORDERED**, this 10th day of October, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA